Daniel P. Collins (No. 009055)
Douglas S. Magnuson (No. 023342)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
Chase Tower, Suite 2210
201 North Central Avenue
Phoenix, Arizona 85004-0022
Telephone: (602) 252-1900
Facsimile: (602) 252-1114

Attorneys for Las Sendas Villages, L.L.C.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONDRA MAZA,<br><br>Debtor. | Proceedings in Chapter 11<br><br>Case No. 07-00170-RJH<br><br>**RESPONSE TO DEBTOR'S MOTION TO ASSUME NON-RESIDENTIAL LEASE WITH LAS SENDAS VILLAGES L.L.C.** |

  Las Sendas Villages L.L.C. ("Landlord"), by and through its undersigned counsel, herewith submits its objection to the Debtor's Motion ("Motion") to Assume Non-Residential Lease with the Landlord. The Motion involves the premises located at 2831 North Power Road, Suite 103, Mesa, Arizona ("Premises").

  While it is true the Debtor has been in negotiations with the Landlord regarding assumption of the subject lease, the parties have reached an apparent impasse over the timing and amounts for cure of pre and post-petition defaults. The Debtor has also failed to demonstrate her ability to perform on the Premises lease in the future.

  Under Local Bankruptcy Rule 6006-1(b), a debtor's motion for assumption of an unexpired lease must include an indication as to how the lease defaults will be cured and how the debtor will provide adequate assurance that defaults will be promptly cured. The debtor must also provide adequate assurance of future performance under the lease. Additionally, a

form of notice must be filed and served as requested by Rule 6006-1(e). In the case at bar, the Debtor's Motion fails to comply with virtually every requirement of this Court's Local Rules.

WHEREFORE, it is respectfully requested that this Court enter its order denying the Debtor's Motion. In the alternative, the Landlord requests that this Court direct the Debtor to fully comply with all requirements of 11 U.S.C. §365, Bankruptcy Rule 6006 and Local Bankruptcy Rule 6006-1 as a prerequisite to any order of this Court allowing assumption of the Debtor's lease of the subject Premises.

Respectfully submitted,

COLLINS, MAY, POTENZA, BARAN
& GILLESPIE, P.C.

By _____
Daniel P. Collins
Douglas S. Magnuson
Attorneys for Las Sendas Villages, L.L.C.,
an Arizona Limited Liability Company

Copies of the foregoing mailed
this  4th  day of May, 2007, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Harold E. Campbell, Esq.
Law Offices of Harold E. Campbell, P.C.
1811 South Alma School Road, Suite 225
Phoenix, Arizona 85210
Attorneys for Debtor

_Cindy Taylor_

Case 2:07-bk-00170-RJH    Doc 58    Filed 05/09/07    Entered 05/09/07 13:36:03    Desc
Main Document    Page 2 of 2